UNITED STATES DISTRICT COURT
EASTERN DISRICT OF NEW YORK

ORIGINAL



SKIBOKY SHAVAR STORA

    Plaintiff

  -Against

    Defendants

DON'T ASK WHY OUTFITTER, AMERICAN EAGLE
OUTFITTERS, AND RETAIL ROYALTY COMPANY,
AND THEODORE R. REMAKLUS WOOD, HERRON
& EVANS,L.L.P. ,AND JAY L . SHOTTENSTEIN,
BRANDY MELVILLE CORPORATION,.

COMPLAINT

JUDGE TRIAL DEMANDED

CV 15  7106

MAUSKOPF, J.

LEVY, M.J.

1. PARTIES:
Plaintiff SKIBOKY SHAVAR STORA reside at 559 Vermont street Brooklyn
NEW YORK NY 11207

Defendant DON'T ASK WHY OUTFITTERS reside at 77 HOT- metal ST Pittsburgh PA 15203

Defendant AMERICAN EAGLE OUTFFITERS reside at 77 HOT-metal ST
Pittsburgh PA 15203

Defendant RETAIL ROYALTY COMPANY reside at 101 convention center Drive Las Vegas NV 89109

Defendant THEODORE R. REMAKLUS WOOD, HERRON & EVANS, L.L.L.P
Reside at 2700 Carew TWR 441 VINE ST CINCINNATI, OH 45202

Defendant JAY L. SHOTTENSTEIN reside at 77 HOT – metal ST
Pittsburgh PA 15203

Defendant BRANDY MELVILLE Corporation reside at 1420 Four street
Santa Monica CA 90401

2. The jurisdiction of the court is invoked pursuant to copyright act of 1976

3. STATEMENT OF CLAIM. I SKIBOKY SHAVAR STORA ,the Plaintiff, have a claim against these
Defendants for COPYRIGHTS infringement upon my
Illustrated visual artwork of "DON'T ASK" (also referred to as "the artwork")
On NOVEMBER 5 2015, I, Mr. STORA, discovered the Defendants DON'T ASK WHY OUTFITTER
copied my image Illustrated visual art work of "DON'T ASK".
 This visual artwork was registered by the U.S. COPYRIGHT OFFICE on 2/19/2008 Copyright #
VAU00974302/2008-02-19 and a legal notice
on TRADEMARKIA was sent out by Legal Force TradeMarkia.

On 7/29/2011(Phone 1877-794-9511) that Mr. SKIBOKY STORA had copyrights to this illustrated visual art work of "DON'T ASK" and has a desire to use it for clothing. On 11/25/2008 SKIBOKY STORA registered the illustrated visual art work of "DON'T ASK" with the U.S.P.T.O UNITED STATE PATENT and TRADEMARK OFFICE. Serial number: 77622045.

The company DON'T ASK WHY OUTFITTER copied Mr. SKIBOKY STORA Illustrated's visual artwork of "DON'T ASK" that the company used to mark their logo "DON'T ASK WHY". The company is using said logo for their clothing brand logo selling their clothing Online at www.dontaskwhyny.com and at their retail store name DON'T ASK WHY SHOP AT 577 BROADWAY NEW YORK .NY 10012.

EXHIBIT A: The plaintiff MR. STORA's "DON'TASK" artwork consists of a bottle top shape with the text "DA" in the middle and "? DON'T ASK??DON'TASK? DON'T ASK?? DONTASK" written in a circular form along the image. The image has no color.

EXHIBIT B: The defendant's (DON'TASK WHY OUTFITTERS) artwork consists of the same bottle top shape image with the text "?" in the middle and "DON'T ASK WHY DON'TASK WHY" written in a circular form along the image. The artwork also has no color.

4. Remedy. State what relief, such as money damages, you see from each Defendant:
   I'm asking for five million dollars for violating the Plaintiff rights
   1. THE RIGHT TO PRODUCE THE WORK.
   2. THE RIGHT TO REPRODUCE THE WORK IN COPIES.
   3. THE RIGHT TO DISPLAY THE WORK PUBLICALLY
   4. THE RIGHT TO PERFORM THE WORK PUBICALLY
   5. THE RIGHT TO BROADCAT THE WORK DIGITALLY
   and Half the profits of the company DON'T ASK OUTFITTERS made by copying the PLAINTIFF image copyright # VAU00974302/2008-02-19 without the permission of the creator SKIBOKY STORA.

Date 12/11/15

*Skiboky Stora* (signature)
SKIBOKY STORA

718257-4438
TELPHONE NUMBER

STATE OF NEW YORK
COUNTY OF KINGS
SIGNED BEFORE ME ON 12/11/2015
SKIBOKY STORA

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

- Home
- Trademark Overview
- Why Trademarks411?
- FAQs
- Apply Online Now

Trademarks411 (Home) › Trademark Search

Start your trademark search here...        **SEARCH**

Trademark Info

Mark: 

Word Mark: **DA ?DON'T ASK? ?DON'T ASK? ?DON'T ASK? ?DON'T ASK**

| | |
|---|---|
| Serial Number: | 77622045 |
| Registration Number: | n/a |
| Filing Date: | November 25, 2008 |
| Abandonment Date: | October 13, 2011 |
| Goods and Services: | **025.** Belts; dresses; hats; jackets; jeans; pants; shirts; shoes; shorts; socks; sweat shirts; t-shirts; tank tops; undergarments; underwear |
| International Class(es): | 025 |
| Current Filing Basis: | 1(b) |
| Original Filing Basis: | 1(b) |
| Type of Mark: | Trademark |
| Law Office Assigned: | M80 |

| | |
|---|---|
| Register: | Principal |
| Current Location: | LAW OFFICE 117 - EXAMINING ATTORNEY ASSIGNED |
| Current Status: | ABANDONED-FAILURE TO RESPOND OR LATE RESPONSE |
| Date of Status: | November 08, 2011 |
| Mark Drawing Code: | 3000 |
| Logo Description: | The mark consists of a bottle top sharp with the text "DA" in the middle and "?DON'T ASK? ?DON'T ASK? ?DON'T ASK? ?DON'T ASK" written in a circular form along the image. |
| Design Search Codes: | 19.11.01 |
| Live/Dead Indicator: | DEAD |

Goods/Services Classification

| International Class # | Information |
|---|---|
| 025 | **Status:** Active<br>**First Use Anywhere:** Date Not Available<br>**First Use in Commerce:** Date Not Available |

Additional Info

Pseudo Mark: DA ?DO NOT ASK? ?DO NOT ASK? ?DO NOT ASK? ?DO NOT ASK

Owner

| | |
|---|---|
| Owner: | Stora, Skiboky<br>PH 559 Vermont Street<br>Brooklyn NY 11207 |

Legal Entity Type: Individual

Correspondent/Attorney

| | |
|---|---|
| Correspondent / Attorney: | STORA, SKIBOKY<br>559 VERMONT ST PH<br>BROOKLYN, NY 11207-5409 |

*I am more than satisfied with the excellent service I received from Trademarks411. The process was simple and easy for me, because they did all the hard work and kept me informed of every step. I recommend Trademarks411 to everyone!*

**Glenda F.**
San Diego, CA

## Pricing & Packages

**BASIC**
Filing & Trademark Alert®
**DELUXE**
Search, Filing & Trademark Alert®
**PREMIER**
Search, File, Trademark Alert® & More!

## Helpful Resources

• Frequently Asked Questions
• Benefits of a Trademark

